UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUNES ABDULLAH,<br><br>          Petitioner,<br><br>    v.<br><br>WARDEN OF THE GOLDEN STATE<br>ANNEX DETENTION FACILITY, et al.,<br><br>          Respondents. | No. 1:26-cv-01059-KES-SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 1, 10 |

Petitioner Gunes Abdullah is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 5, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering petitioner's immediate release. Doc. 10. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days of service. The parties were advised that failure to file objections within the specified time may result in the waiver of rights. Doc. 10 at 4. To date, no objections have been filed, and the time for doing so has passed.

/////

/////

1

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1.  The findings and recommendations issued on March 5, 2026 (Doc. 10) are ADOPTED in full.

2.  The petition for writ of habeas corpus (Doc. 1) is GRANTED.

3.  Respondents are directed to IMMEDIATELY RELEASE petitioner from custody with the same conditions he was subject to immediately prior to his re-detention on July 19, 2025.

4.  Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.

5.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   March 20, 2026

_____
UNITED STATES DISTRICT JUDGE

2